MICHAEL J. STEINER (State Bar No. 112079)
mjs@severson.com
MICHAEL G. CROSS (State Bar No. 268999)
mgc@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
WELLS FARGO BANK, N.A., and
WELLS FARGO INSURANCE SERVICES
USA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CORBIN, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>   vs.<br><br>WELLS FARGO BANK, N.A. and WELLS FARGO INSURANCE SERVICES USA, INC.,<br><br>       Defendants. | Case No. 3:13-cv-1353-JCS<br><br>Assigned for all purposes to Magistrate Judge Joseph C. Spero<br><br>**STIPULATION REGARDING TIME TO RESPOND TO COMPLAINT** |

WHEREAS, Plaintiff DOUGLAS CORBIN ("Plaintiff") filed a Complaint against Defendants WELLS FARGO BANK, N.A., and WELLS FARGO INSURANCE SERVICES USA, INC. ("Defendants"), on March 26, 2013, and served the Complaint on April 16, 2013;

WHEREAS, Defendants must answer, move, or otherwise respond to the Complaint by May 7, 2013;

WHEREAS, Plaintiffs and Defendants have stipulated that Plaintiffs shall have an additional thirty (30) days to answer, move, or otherwise respond to the Complaint;

THEREFORE, IT IS HEREBY STIPULATED, PURSUANT TO N.D. CAL. CIV. LOCAL RULE 6-1, THAT:

1    Defendants have up to and including June 6, 2013, to answer, move, or otherwise respond
2 to the Complaint.

4 DATED:  May 9, 2013                           SEVERSON & WERSON
                                                A Professional Corporation

7                                               By:    /s/ *Michael G. Cross*
                                                            Michael G. Cross

9                                               Attorneys for Defendants WELLS FARGO BANK,
                                                N.A., and WELLS FARGO INSURANCE SERVICES
                                                USA, INC.

12                                              BERGER & MONTAGUE, P.C.

14                                              By:    /s/ *Shanon J. Carson*
                                                            Shanon J. Carson

16                                              Attorneys for Plaintiff DOUGLAS CORBIN

18 I, Michael G. Cross, am the ECF user whose identification and password are being used to file this
19 Stipulation.  I hereby attest that Shanon J. Carson has concurred in this filing.
20 /s/ *Michael G. Cross*

22  Dated: 5/10/13

IT IS SO ORDERED

Judge Joseph C. Spero