MICHAEL J. STEINER (State Bar No. 112079)
mjs@severson.com
MICHAEL G. CROSS (State Bar No. 268999)
mgc@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
WELLS FARGO BANK, N.A., and
WELLS FARGO INSURANCE SERVICES
USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CORBIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A. and WELLS FARGO INSURANCE SERVICES USA, INC.,<br><br>Defendants. | Case No. 3:13-cv-1353-JCS<br><br>Assigned for all purposes to Magistrate Judge Joseph C. Spero<br><br>**STIPULATION REGARDING TIME TO RESPOND TO COMPLAINT** |

WHEREAS, Plaintiff DOUGLAS CORBIN ("Plaintiff") filed a Complaint against Defendants WELLS FARGO BANK, N.A., and WELLS FARGO INSURANCE SERVICES USA, INC. ("Defendants"), on March 26, 2013, and served the Complaint on April 16, 2013;

WHEREAS, Defendants must answer, move, or otherwise respond to the Complaint by May 7, 2013;

WHEREAS, Plaintiffs and Defendants have stipulated that Plaintiffs shall have an additional thirty (30) days to answer, move, or otherwise respond to the Complaint;

THEREFORE, IT IS HEREBY STIPULATED, PURSUANT TO N.D. CAL. CIV. LOCAL RULE 6-1, THAT:

1    Defendants have up to and including June 6, 2013, to answer, move, or otherwise respond
2 to the Complaint.

3

4 DATED:  May 9, 2013                    SEVERSON & WERSON
                                         A Professional Corporation
5

6

7                                        By:     /s/ *Michael G. Cross*
                                                    Michael G. Cross
8

9                                        Attorneys for Defendants WELLS FARGO BANK,
                                         N.A., and WELLS FARGO INSURANCE SERVICES
10                                       USA, INC.

11

12                                       BERGER & MONTAGUE, P.C.

13

14
                                         By:     /s/ *Shanon J. Carson*
15                                                  Shanon J. Carson

16                                       Attorneys for Plaintiff DOUGLAS CORBIN

17

18 I, Michael G. Cross, am the ECF user whose identification and password are being used to file this

19 Stipulation.  I hereby attest that Shanon J. Carson has concurred in this filing.

20 /s/ *Michael G. Cross*

21

22  Dated: 5/10/13

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA