1  MICHAEL J. STEINER (State Bar No. 112079)
   mjs@severson.com
2  MICHAEL G. CROSS (State Bar No. 268999)
   mgc@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
7  Attorneys for Defendants
   WELLS FARGO BANK, N.A., and
   WELLS FARGO INSURANCE, INC.
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12 | DOUGLAS CORBIN, individually and on behalf of all others similarly situated, | Case No. 3:13-cv-1353-JCS
13 | Plaintiff, | Assigned for all purposes to Magistrate Judge Joseph C. Spero
14 | vs. | **JOINT STIPULATION REGARDING FUTURE FILING DEADLINES**
15 | WELLS FARGO BANK, N.A. and WELLS FARGO INSURANCE SERVICES USA, INC., | Crtrm.:  G
16 | Defendants. |

20       Pursuant to this Court's May 23, 2013, Case Management and Pretrial Order, Plaintiff

21 Douglas Corbin and Defendants Wells Fargo Bank, N.A., and Wells Fargo Insurance, Inc. (sued

22 as Wells Fargo Insurance Services USA, Inc.), (collectively, the "Parties") met and conferred on

23 June 11, 2013, and hereby respectively submit this joint stipulation regarding future filing

24 deadlines in this matter.

25       The Parties propose the following timetable:

26       **November 29, 2013:**  Deadline to file motions to amend the pleadings
         **March 14, 2014:**     Deadline to file motion for class certification

**April 18, 2014:** Deadline to file opposition to class certification
**May 9, 2014:** Deadline to file reply to class certification
**June 6, 2014:** Hearing on class certification motion[1]

DATED: June 17, 2013

**NICHOLS KASTER, PLLP**

By: /s/ Kai Richter
Kai Richter
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
krichter@nka.com

Shanon J. Carson
Patrick F. Madden
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA  19103
Telephone: (215) 875-4656
scarson@bm.net
pmadden@bm.net

Richard L. Kellner, SBN 171416
Evan M. Zucker, SBN 266702
**KABATECK BROWN KELLNER LLP**
644 South Figueroa Street
Los Angeles, California 90017
Telephone:  (213) 217-5000
rlk@kbklawyers.com
ez@kbklawyers.com

Brett Cebulash
Kevin S. Landau
**TAUS, CEBULASH & LANDAU, LLP**
80 Maiden Lane, Suite 1204
New York, NY 10038
Telephone: (212) 931-0704
bcebulash@tcllaw.com
klandau@tcllaw.com

---

[1] The Parties believe it is premature to schedule dates past the class certification hearing at this time.  Because the Court's decision on the class certification motion will likely have a significant impact on the scope of the issues in this case, the Parties believe that a further case management conference should be held following that ruling.  At that point, a reasonable timetable regarding the remaining deadlines can be more accurately determined.

| | |
|---|---|
| | Austin Tighe |
| | **FEAZELL & TIGHE, L.L.P.** |
| | 6618 Sitio Del Rio Boulevard |
| | Building C-101 |
| | Austin, Texas 78730 |
| | Telephone: (877) 508-0588 |
| | austin@feazell-tighe.com |
| | |
| | *Attorneys for Plaintiffs and the Class Members* |
| DATED: June 17, 2013 | **SEVERSON & WERSON** |
| | By:  /s/ Michael G. Cross |
| | Michael J. Steiner |
| | Mark D. Lonergan |
| | Michael G. Cross |
| | |
| | *Attorneys for Defendants Wells Fargo Bank, N.A.* |
| | *and Wells Fargo Insurance, Inc.* |

I, Michael G. Cross, am the ECF user whose identification and password are being used to file this Joint Stipulation. I hereby attest that Kai Richter has concurred in this filing.

/s/ *Michael G. Cross*

Dated: 6/18/13

**IT IS SO ORDERED**

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA