MICHAEL J. STEINER (State Bar No. 112079)
mjs@severson.com
PHILIP BARILOVITS (State Bar No. 199944)
pb@severson.com
MICHAEL G. CROSS (State Bar No. 268999)
mgc@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
WELLS FARGO BANK, N.A., and
WELLS FARGO INSURANCE SERVICES
USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS CORBIN, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

WELLS FARGO BANK, N.A. and WELLS FARGO INSURANCE SERVICES USA, INC.,

Defendants.

Case No. 3:13-cv-1353-JCS

Assigned for all purposes to Magistrate Judge Joseph C. Spero

**JOINT STATUS REPORT AND ~~PROPOSED~~ ORDER**

Date: August 1, 2014
Time: 2:00 p.m.
Crtrm.: G, The Hon. Joseph C. Spero

Plaintiff, Douglas Corbin, and defendants Wells Fargo Bank, N.A., and Wells Fargo Insurance Services USA, Inc. ("Wells Fargo"), by and through their respective counsel of record, submit the following joint status report to the Court.

As the parties have notified the Court previously, the parties entered into an agreement to settle this case. *See* Dkt. No. 67. As indicated, the parties contemplated completing and signing a settlement agreement and submitting to the Court a stipulated dismissal of the action within thirty days. The parties are still in the process of determining several details regarding the settlement agreement, however, which required somewhat more time than anticipated. The parties still

anticipate signing the settlement agreement and submitting to the Court a stipulated dismissal of the action by August 15, 2014.

Accordingly, the parties respectfully request that the case management conference set for August 1, 2014 at 2:00 p.m. be taken off calendar.

Respectfully submitted,

DATED: July 25, 2014

SEVERSON & WERSON
A Professional Corporation

By: */S/ Philip Barilovits*
Philip Barilovits

Attorneys for Defendants
WELLS FARGO BANK, N.A., and
WELLS FARGO INSURANCE SERVICES, INC.

DATED: July 25, 2014

BERGER & MONTAGUE, P.C.

By: */S/ Shannon J. Carson*
Shannon J. Carson, *pro hac vice*

NICHOLS KASTER, PLLP

Attorneys for Plaintiff DOUGLAS CORBIN

I, Philip Barilovits, certify that Shannon J Carson, counsel for plaintiff, has authorized me to file this document on behalf of plaintiff.

**~~[PROPOSED]~~ ORDER**

IT IS HEREBY ORDERED that the case management conference scheduled for August 1, 2014 is cancelled.

Dated: July 25, 2014

Ho
Uni dge

UNITED STATES DISTRICT COURT
DENIED
Judge Joseph C. Spero
NORTHERN DISTRICT OF CALIFORNIA

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On July 25, 2014, I served true copies of the following document(s):

**JOINT STATUS REPORT AND PROPOSED ORDER**

on the interested parties in this action as follows:

Richard L. Kellner
Kabateck Kellner LLP
644 South Figueroa Street
Los Angeles, CA 90017
Tel: (213) 217-5000
Fax: (213) 217-5010
Attorneys for Plaintiff and on behalf of all others similarly situated

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Severson & Werson's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 25, 2014, at San Francisco, California.

Juli A. Carter