

July 28, 2014

The Honorable Joseph C. Spero
United States District Court
450 Golden Gate Avenue
Courtroom D – 15th Floor
San Francisco, CA 94102

RE:   *Douglas Corbin, et al. v. Wells Fargo Home Mortgage*
       Case No. 3:13-cv-1353-JCS

Dear Judge Spero:

Plaintiffs Douglas Corbin respectfully request that their counsel, Richard L. Kellner, be allowed to appear by telephone at the Case Management Conference (CMC) set for August 1, 2014, at 2:00 p.m.  Mr. Kellner's direct telephone number is 213-217-5025.  Mr. Kellner will be on standby and will await the court's call.


Thank you for your consideration of this request.

/s/ Richard L. Kellner

Richard L. Kellner
KABATECK BROWN KELLNER

Dated: 7/30/14



IT IS SO ORDERED
Judge Joseph C. Spero