UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS CORBIN,

    Plaintiff.

v.

WELLS FARGO BANK, N.A., et al.,

    Defendants.

Case No. 13-cv-01353-JCS

**ORDER TO SHOW CAUSE**

IT IS HEREBY ORDERED that all parties shall appear on **August 29, 2014, at 2:00 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed pursuant to the settlement.

IT IS SO ORDERED.

Dated: August 11, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge