SHANON J. CARSON (Pennsylvania Bar No. 85957)
scarson@bm.com (Admitted *Pro Hac Vice*)
PATRICK F. MADDEN (Pennsylvania Bar No. 309991)
pmadden@bm.com (Admitted *Pro Hac Vice*)
BERGER & MONTAGUE, P.C.
1622 Locust St.
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

Attorneys for Plaintiff
DOUGLAS T. CORBIN

MICHAEL J. STEINER (State Bar No. 112079)
mjs@severson.com
PHILIP BARILOVITS (State Bar No. 199944)
pb@severson.com
MICHAEL G. CROSS (State Bar No. 268999)
mgc@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WELLS FARGO INSURANCE SERVICES
USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CORBIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A. and WELLS FARGO INSURANCE SERVICES USA, INC.,<br><br>Defendants. | Case No. 3:13-cv-1353-JCS<br><br>**STIPULATION OF VOLUNTARY DISMISSAL; [PROPOSED] ORDER** |

Plaintiff Douglas T. Corbin ("Plaintiff") and Defendants Wells Fargo Bank, N.A., and

Wells Fargo Insurance Services USA, Inc., ("Defendants") through their attorneys of record, hereby agree and stipulate as follows:

A. Whereas, this case was commenced by Plaintiff when he filed his complaint on March 26, 2013 (the "Complaint.")

B. Whereas, in the Complaint, Plaintiff made certain allegations against Defendants relating to Defendants' commercial property flood insurance requirements which allegations Plaintiff purported to assert both individually and on behalf of a nationwide class and a California class of plaintiffs;

C. Whereas, Defendants denied that their actions were wrongful in any respect with regard to Plaintiff and any putative class;

D. Whereas, court approval of a settlement, voluntary dismissal or compromise under Federal Rule of Civil Procedure 23(e) is required only for "certified class" actions and the Advisory Committee Notes for Rule 23(e) state that court approval is required only if "the claims, issues, or defenses of a certified class are resolved by a settlement, voluntary dismissal, or compromise," rejecting the view that court approval is required for settlements "with putative class representatives that resolve[] only individual claims." *See* Rule 23 Advisory Committee Notes, 2003 Amendments.

E. Whereas, Plaintiff has never brought a motion to certify any class in this case and the Court has never certified any class in this case under Federal Rule of Civil Procedure 23;

F. Whereas, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation of dismissal signed by all parties who have appeared;

G. Whereas, the parties have reached a settlement of Plaintiff's individual claims against Defendants in which the Plaintiff's individual claims will be dismissed with prejudice and the members of any putative class will be dismissed without prejudice;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE THAT:**

All of the individual claims and allegations brought by Douglas T. Corbin against either Wells Fargo Bank, N.A., Wells Fargo Insurance Services USA, Inc., or the

1  both of them, are hereby dismissed with prejudice.  All claims and allegations of
2  any putative class members are hereby dismissed without prejudice.
3
4       **IT IS SO STIPULATED.**
5
6  DATED:  August 22, 2014                    SEVERSON & WERSON
7                                             A Professional Corporation
8                                             By: */s/ Michael J. Steiner*
                                               Attorneys for Defendants
9                                              WELLS FARGO BANK N.A. and
10                                             WELLS FARGO INSURANCE SERVICES USA, INC.
11
12
13  DATED: August 22, 2014                            BERGER & MONTAGUE, P.C.
14                                             By: */s/ Shanon J. Carson*
15                                             Attorneys for Plaintiff
                                               DOUGLAS T. CORBIN
16
17
18
19
20
21
22
23
24
25
26
27
28

# [~~PROPOSED~~] ORDER

Pursuant to Rule 23(e) and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and pursuant to the stipulation of the parties, Douglas T. Corbin's individual claims are hereby dismissed with prejudice and the claims of the putative class members are hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: _____August 27_____, 2014

_____
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

**ATTESTATION UNDER CIVIL L.R. 5-1(i)(3)**

I, Michael J. Steiner, am the ECF User whose ID and password are being used to file this stipulation of voluntary dismissal and proposed order . In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Shanon J. Carson has concurred in this filing.

　　　　　　　　　　　　　　　　　　/s/ *Michael J. Steiner*
　　　　　　　　　　　　　　　　　　Michael J. Steiner